## WILLIAM HOFF v. CATHERINE HOFF.

[See 48 Mich. 281.]

### Alimony.

Alimony is not a matter of right where the wife is defendant and a decree has been obtained against her; and on appeal the Court is disposed in such cases to reserve questions of alimony until the hearing.

Motion for alimony *pendente lite*. Submitted April 4. Denied April 5.

*Mills & Crane* for the motion.

*E. R. Annable* against.

---

DAVID W. PERRINE v. TOWNSHIP BOARD OF HAMLIN.

*Mandamus to repair township bridge.*

The Supreme Court will not interfere by mandamus to compel a township board to repair a public bridge.

Motion for order to show cause. Submitted April 4. Denied April 5.

*Corbin & Cobb* for the motion.

---

EMERY T. WOOD, GUARDIAN v. WAYNE CIRCUIT JUDGES.

*Appeal bond.*

An appeal bond may be good though purporting to be signed in the surety's name by his attorney.

Motion for order to show cause. Submitted April 4. Denied April 5.